**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: Objection

Case No. 11-12839

To whom it may concern:

Chapter 13 Sec.

Ulysses and Darnel White would like to object to the claim stating that $2,550 is owed to Tamika Lawrence.

In 2011 August, chapter 13 was filed and at that time $2,550 was owed to Tamika Lawrence for child support arrears, Monies were not disbursed until June or July 2016. At the time of disbursement the arrears for Tamika Lawrence was already caught up and had $0 balance.

The arrears were paid through monthly obligation with child support. Documents were given to Kirk Patrick & Assoc. regarding this matters, showing all arrears caught up and at $0 balance.

A letter can be provided for you from child support office proving monies were no longer owed to Tamika Lawrence at the time of disbursement.

Signed: Darnel White

Date: Feb. 6, 2017
Address: 7929 Parry St.
New Orleans, LA 70128
Phone: 504-606-8519/504-295-7911